Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
Monique Alarcon, Esq. (SBN: 311650)
malarcon@baumhedlundlaw.com
**BAUM HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCCALL,<br><br>          Plaintiff<br><br>     v.<br><br>CITY OF BURBANK; OFFICER SALVADOR ROBLES; OFFICER ROBERTO SALAZAR and DOES 1-10 inclusive,<br><br>          Defendants. | Case No. 2:21-CV-04397 ODW(AGRx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**TO THIS HONORABLE COURT:**

   **IT IS HEREBY STIPULATED** by and between Plaintiff, WILLIAM MCCALL, and Defendants, CITY OF BURBANK, OFFICER SALVADOR ROBLES, OFFICER ROBERTO SALAZAR, that this action may be dismissed with prejudice as to all Defendants; each party to bear their own attorney's fees and costs. This stipulation is made as a result of the settlement of this action.

1  **IT IS SO STIPULATED.**

3  Dated: November 29, 2021        Respectfully submitted,

4  **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

By:  /s/ Monique Alarcon
     Monique Alarcon, Esq.
     malarcon@baumhedlundlaw.com
     Pedram Esfandiary, Esq.
     pesfandiary@baumhedlundlaw.com
     **BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
     10940 Wilshire Boulevard, Suite 1600
     Los Angeles, CA 90024
     Telephone: (310) 207-3233
     *Attorneys for Plaintiff*

**CITY OF BURBANK**

Dated: November 29, 2021   By: /s/ Jill A. Vander Borght
     Jill A. Vander Borght, Esq.
     Sr. Asst. City Attorney
     JVanderBorght@burbankca.gov
     Amelia Ann Albano, Esq.
     City Attorney
     275 East Olive Avenue
     Burbank, CA 91502
     Tel: (818) 238-5707
     Fax: (818) 238-5724
     *Attorneys for Defendants*

---

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

# CERTIFICATE OF SERVICE

The foregoing document was filed on November 29, 2021, using the court's CM/ECF electronic system which will electronically serve a copy to all counsel of record.

          /s/ Monique Alarcon
          Monique Alarcon